IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Dale Brickman,<br>Beki Brickman,<br><br>        Plaintiffs,<br><br>vs.<br><br>Experian Information Solutions, Inc.,<br>an Ohio corporation,<br>Equifax Information Services, LLC,<br>a Georgia limited liability company, and<br>New Penn Financial LLC<br>dba Shellpoint Mortgage Servicing,<br>a foreign limited liability company,<br><br>        Defendants. | Case No.: 2:18-cv-01144-RSM<br><br><br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT NEW PENN FINANCIAL LLC dba SHELLPOINT MORTGAGE SERVICING |

    Plaintiff and Defendant New Penn Financial LLC dba Shellpoint Mortgage Servicing (hereinafter referred to as "New Penn"), through counsel undersigned and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action may be dismissed with prejudice against Defendant New Penn, only, without sanctions and with each party to bear its own attorneys' fees and costs, in accordance with the form of dismissal order filed concurrently herewith.

STIPULATION AND ORDER FOR DISMISSAL - 1

**ROMERO PARK P.S.**
155-108th Avenue N.E., Suite 202
Bellevue, WA 98004-5901
Tel: (425) 450-5000 ▢ Fax: (425) 450-0728

| Date: April 9, 2019 | Date: April 9, 2019 |
|---|---|
| ROMERO PARK P.S. | DONALD G. GRANT, P.S. |
| By: */s/ Justin D. Park*<br>Justin D. Park<br>Email: jpark@romeropark.com<br>155 108th Ave Ne, Suite 202<br>Bellevue, WA 98004<br>Telephone: (425) 450-5000<br>Fax: (425) 450-0728<br>*Attorney for Plaintiffs* | By: */s/ Donald G. Grant (Via Email Authorization)*<br>Donald G. Grant<br>Email: don@dongrantps.com<br>1700 Main Street, Suite 245<br>Washougal, WA 98671<br>Telephone: (360) 694-8488<br>Fax: (360) 694-8688<br>*Attorney for New Penn Financial LLC* |
| Date: April 30, 2019 | Date: April 11, 2019 |
| MARKOWITZ HERBOLD PC | STOEL RIVES |
| By: */s/ Jeffery M. Edelson (Via Email Authorization)*<br>Jeffrey M. Edelson<br>Email: JeffEdelson@MHGM.com<br>1211 SW 5th Ave, Suite 3000<br>Portland, OR 97204-3730<br>Telephone: (503) 295-3085<br>Fax: (503) 323-9105<br>*Attorney for Equifax* | By: */s/ Rachel Groshong (Via Email Authorization)*<br>Rachel Groshong<br>Email: rachel.groshong@stoel.com<br>600 University St., Suite 3600<br>Seattle, WA 98101-3197<br>Telephone: (206) 624-0900<br>Fax: (206) 386-7500<br>*Attorney for Experian* |

IT IS SO ORDERED.

Dated this 9 day of May 2019

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE