IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Dale Brickman,<br>Beki Brickman,<br><br>      Plaintiffs,<br><br>  vs.<br><br>Experian Information Solutions, Inc.,<br>an Ohio corporation,<br>Equifax Information Services, LLC,<br>a Georgia limited liability company, and<br>New Penn Financial LLC<br>dba Shellpoint Mortgage Servicing,<br>a foreign limited liability company,<br><br>      Defendants. | Case No.: C18-1144 RSM<br><br><br><br>STIPULATION FOR DISMISSAL WITH<br>PREJUDICE AS TO DEFENDANT<br>EXPERIAN INFORMATION SERVICES,<br>INC. |

  Plaintiff and Defendant Experian Information Service, Inc. (hereinafter referred to as "Experian"), through counsel undersigned and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action may be dismissed with prejudice against Defendant Experian, only, without sanctions and with each party to bear its own attorneys' fees and costs, in accordance with the form of dismissal order filed concurrently herewith.

| | |
|---|---|
| Date: April 12, 2019<br><br>ROMERO PARK P.S.<br><br>By: */s/ Justin D. Park*<br>Justin D. Park<br>Email: jpark@romeropark.com<br>155 108th Ave Ne, Suite 202<br>Bellevue, WA 98004<br>Telephone: (425) 450-5000<br>Fax: (425) 450-0728<br>*Attorney for Plaintiffs* | Date: April 26, 2019<br><br>DONALD G. GRANT, P.S.<br><br>By: */s/ Donald G. Grant (Via Email Authorization)*<br>Donald G. Grant<br>Email: don@dongrantps.com<br>1700 Main Street, Suite 245<br>Washougal, WA 98671<br>Telephone: (360) 694-8488<br>Fax: (360) 694-8688<br>*Attorney for New Penn Financial LLC* |
| Date: April 30, 2019<br><br>MARKOWITZ HERBOLD PC<br><br>By: */s/ Jeffery M. Edelson (Per Email Authorization)*<br>Jeffrey M. Edelson<br>Email: JeffEdelson@MHGM.com<br>1211 SW 5th Ave, Suite 3000<br>Portland, OR 97204-3730<br>Telephone: (503) 295-3085<br>Fax: (503) 323-9105<br>*Attorney for Equifax* | Date: April 23, 2019<br><br>STOEL RIVES<br><br>By: */s/ Rachel Groshong (Via Email Authorization)*<br>Rachel Groshong<br>Email: rachel.groshong@stoel.com<br>600 University St., Suite 3600<br>Seattle, WA 98101-3197<br>Telephone: (206) 624-0900<br>Fax: (206) 386-7500<br>*Attorney for Experian* |

IT IS SO ORDERED this 19th day of July 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE